# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **KAMON ROSS,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.1:21-CV-4095-TWT |
| | * | |
| **JIN PROPERTIES LLC,** | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff and Defendant hereby respectfully request that this Court administratively close the file (alleviating the answer deadline) to allow thirty (30) days within which to complete the settlement, during which time Plaintiff and Defendant request that the Court retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 4th day of February, 2022.

        __/s/ *Julie McCollister*_____
        Julie McCollister, Esq.
        Counsel for Plaintiff
        Georgia State Bar No.: 450726

        McCollister Law, LLC
        P.O. Box 2525
        Blairsville, GA 30514

(706)745-0057
jbmccollister@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of February, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Julie McCollister*
Julie McCollister

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

/s/ *Julie McCollister*
Julie McCollister