# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAMON ROSS,<br><br>   Plaintiff,<br><br>v.<br><br>JIN PROPERTIES LLC,<br><br>   Defendant. | CIVIL ACTION NO.<br>1:21-CV-04095-TWT |

## ORDER

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 15].

SO ORDERED, this  7th  day of February, 2022.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE